**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ALLY BANK f/k/a GMAC BANK,

                          Plaintiff,

           -against-

NEIL SISSKIND, as trustee of the SPS Real Estate
and Mortgage GRIT, SCOTT P. SISSKIND, JOHN
REIMER, JEANNE KERAMIS, DAVID ANAKIE,
and LINKUP MEDIA, INC.,

                        Defendants.

**MEMORANDUM OF DECISION AND ORDER**
09-CV-2795 (ADS)(WDW)

----------------------------------------------------------X

**APPEARANCES:**

**Emmet, Marvin & Martin, LLP**
Attorneys for the Plaintiff
120 Broadway, 32nd Floor
New York, NY 10271
      By: Tyler J. Kandel, Esq., Of Counsel

**NO APPEARANCES**:

Defendants Neil Sisskind, Scott Sisskind, John Reimer, Jeanne Keramis, David Anakie, Linkup Media, Inc.

**SPATT, District Judge**.

      On July 1, 2009, Ally Bank, f/k/a GMAC Bank ("the Plaintiff") moved by order to show cause seeking, among other things: (1) an order of attachment pursuant to Fed. R. Civ. P. 64 and N.Y. CPLR 6201(3) on certain property and assets held by the Defendants; and (2) a preliminary injunction restraining the Defendants from

transferring, dissipating, assigning, conveying or selling various properties and assets. The Court hereby refers this matter to United States Magistrate Judge William D. Wall for the purpose of conducting a hearing into whether the Plaintiff is entitled to a preliminary injunction restraining the Defendants from transferring, dissipating, assigning, conveying or selling the properties and assets identified in the Order to Show Cause dated July 1, 2009.

**SO ORDERED.**

Dated: Central Islip, New York
July 14, 2009

                                                      */s/ Arthur D. Spatt*
                                                        Arthur D. Spatt
                                           United States District Judge